21 So.2d 286

### Connie Arber POWERS v. STATE.

4 Div. 369.

Supreme Court of Alabama.

March 8, 1945.

Ralph A. Clark, of Andalusia, for petitioner.

Wm. N. McQueen, Acting Atty. Gen., and John O. Harris, Asst. Atty. Gen., opposed.

THOMAS, Justice.

Petition of Connie Arber Powers for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Powers v. State, 31 Ala.App. 614, 21 So.2d 282.

Writ denied.

GARDNER, C. J., and FOSTER and STAKELY, JJ., concur.